IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT KABIL,

    Plaintiff,                    No. 2:08cv0775-FCD-JFM (PC)

    vs.

JOHN McGINESS, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On May 1, 2008, plaintiff renewed his request for appointment of counsel. On March 14, 2008, the previously-assigned United States Magistrate Judge found this case does not present exceptional circumstances warranting the appointment of counsel. This court has reviewed the complaint and plaintiff's renewed request and finds this case does not justify appointment of counsel. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 1, 2008 motion for the appointment of counsel is denied.

DATED: June 13, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

/mp/001; kabi0775.31