IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

    Plaintiff,                    No. 2:08-cv-0775 FCD JFM (PC)

vs.

JOHN MCGINESS, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is pending deportation, see Kabil v. Gonzalez, et al., CIV S-07-0553 WBS KJM P (docket no. 27, Ex. 1),[1] and proceeding in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 16, 2008, plaintiff's complaint was dismissed and plaintiff was granted thirty days in which to file an amended complaint.

        On June 26, 2008, plaintiff filed a letter noting his recent transfer from Kern County Detention Facility (Lerdo) in Bakersfield, California, to the Sacramento County Jail. Plaintiff renews his request for the appointment of counsel, specifically asking for a court order appointing the Federal Defender to represent him. However, as explained in this court's previous orders, the court does not find the required exceptional circumstances warranting appointment of counsel. Plaintiff's third request for the appointment of counsel will therefore be denied.

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

Plaintiff also states he was separated from his legal materials during his transfer. Although he requested access to his property on June 20, 2008, he had not received a response by June 23, 2008. Good cause appearing, plaintiff will be granted an extension of time in which to file his amended complaint.

The docket sheet reflects that plaintiff's copies of this court's June 16, 2008 orders were returned by the postal service. The Clerk of the Court will be directed to re-serve copies of those orders on plaintiff at his new address.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 26, 2008 request for the appointment of counsel is denied.

2. Plaintiff is granted until August 25, 2008 in which to file his amended complaint pursuant to this court's June 16, 2008 order.

3. The Clerk of the Court shall re-serve copies of the June 16, 2008 orders (docket nos. 19 & 20) on plaintiff at the Sacramento County Jail.

DATED: July 1, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp; 001
kabi0775.31(2)