1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TALAT MOHAMED KABIL,

11        Plaintiff,                    No. 2:08-cv-0775 FCD JFM (PC)

12      vs.

13   JOHN MCGINESS, et al.,

14        Defendants.            ORDER

15   _____/

16        Plaintiff is a former prison inmate proceeding pro se and in forma pauperis with a

17   civil rights action.  On July 21, 2008, the court recommended that plaintiff's action be dismissed

18   based on plaintiff's failure to keep the court apprised of his current address.  On August 11,

19   2008, plaintiff filed a notice of change of address, noting he had been deported to Egypt, seeking

20   additional time in which to amend and seek reconsideration of the court's prior orders denying

21   the appointment of counsel.  Good cause appearing, the July 21, 2008 findings and

22   recommendations will be vacated.

23        This is plaintiff's third request for the appointment of counsel.  Plaintiff's previous

24   requests were filed on February 27, 2008, May 1, 2008, June 26, 2008.  All requests were denied.

25   In light of those orders, plaintiff's August 11, 2008 request will be denied.

26   /////

1

1        Plaintiff has requested a two month extension of time to file an amended

2   complaint pursuant to the court's order of June 16, 2008.  Plaintiff will be granted one final

3   extension of time in which to file an amended complaint that complies with the June 16, 2008

4   order.  Plaintiff is cautioned that he is responsible for diligently prosecuting this action; failure to

5   timely file an amended complaint will result in a recommendation that this action be dismissed.

6        IT IS HEREBY ORDERED that:

7        1.  The July 21, 2008 findings and recommendations are vacated;

8        2.  Plaintiff's August 11, 2008 renewed request for the appointment of counsel is

9   denied; and

10       3.  Plaintiff's August 11, 2008 request for extension of time to file an amended

11  complaint is granted.  No further extensions of time will be granted.

12  DATED:  August 21, 2008.

13

14  _____
    UNITED STATES MAGISTRATE JUDGE

15

16  /001; kabi0775.36

17

18

19

20

21

22

23

24

25

26