1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

    Plaintiff,                    No. 2:08-cv-0775 FCD JFM (PC)

    vs.

JOHN MCGINESS, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By order filed June 16, 2008, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On August 22, 2008 plaintiff was granted an additional sixty days to amend the complaint. That period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | DATED: November 3, 2008.

```
                              /s/ John F. Moulds
                         UNITED STATES MAGISTRATE JUDGE
```

7 | 001; kabi0775.fta