IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

    Plaintiff,               No. 2:08-cv-0775 FCD JFM (PC)

   vs.

JOHN MCGINESS, et al.,

    Defendants.          <u>ORDER</u>

_____/

     Plaintiff was a former Sacramento County Jail inmate, presently deported to Egypt. On January 21, 2009, plaintiff filed an amended complaint. This civil rights action was closed on January 7, 2009. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 28, 2009.

                                        UNITED STATES MAGISTRATE JUDGE

/001; kabi0775.58